# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL, | Case No. CV 19-7923 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CARRIES FLORIST, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of January, 2020.

                                                   /s/
                                    Fernando M. Olguin
                                 United States District Judge